UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MANNING, Individually and On Behalf of All Others Similarly Situated<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br><br>WORLDSPACE, INC., NOAH A. SAMARA, SRIDHAR GANESAN, UBS SECURITIES, LLC, AND COWEN & CO. LLC,<br><br><br><br>　　　　　　　　　Defendants. | **DOCKET NO. 1:07-3109 (RMB)**<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Brian Manning, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: April 16, 2007

**BRODSKY & SMITH, LLC**

By:*s/ Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056

*Attorneys for Plaintiffs*

1