

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN MANNING, Individually and On Behalf of
All Others Similarly Situated,

    Plaintiff,

vs.

WORLDSPACE, INC., NOAH A. SAMARA,
SRIDHAR GANESAN, UBS SECURITIES, LLC,
and COWEN & CO. LLC,

    Defendants.

CIVIL ACTION NO. 1:07-3109
(RMB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Evan J. Smith, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | D. Seamus Kaskela |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Telephone/Fax: | (610) 667-7706/(610) 667-7056 |

D. Seamus Kaskela is a member in good standing of the Bar of the Commonwealth of Pennsylvania, and the United States District Court for the District of New Jersey.

There are no pending disciplinary proceedings against D. Seamus Kaskela in any state or federal court.

Dated: June 1, 2007

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith, Esquire (ES3254)
240 Mineola Boulevard
Mineola, NY 11501
Telephone:   (516) 741-4977
Facsimile:    (516) 741-0626

***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MANNING, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDSPACE, INC., NOAH A. SAMARA, SRIDHAR GANESAN, UBS SECURITIES, LLC, and COWEN & CO. LLC<br><br>Defendants. | CIVIL ACTION NO. 1:07-3109 (RMB)<br><br><br><br><br><br><br><br>**AFFIDAVIT OF EVAN J. SMITH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Commonwealth of Pennsylvania   )
                                ) ss:
County of Montgomery            )

Evan J. Smith, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Brodsky & Smith, LLC, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to Admit D. Seamus Kaskela as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law during the October 2002 Term of the Appellate Division of the Supreme Court for the Third Judicial Department. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known D. Seamus Kaskela since January, 2007 and have worked on several matters with him since this time.

4. Mr. Kaskela is an associate at Schiffrin Barroway Topaz & Kessler, LLP, in Radnor, Pennsylvania.

5. I have found Mr. Kaskela to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of D. Seamus Kaskela, pro hac vice.

7. I respectfully submit a proposed order granting the admission of D. Seamus Kaskela, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit D. Seamus Kaskela, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: June 1, 2007

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith (ES3254)
240 Mineola Boulevard
Mineola, NY 11501
Telephone:   (516) 741-4977
Facsimile:   (516) 741-0626

Sworn to and Subscribed
this _1st_ day of _June_, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Joan M. Forsythe, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires May 26, 2011
Member, Pennsylvania Association of Notaries



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*David Seamus Kaskela, Esq.*

**DATE OF ADMISSION**

*December 12, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 31, 2007

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MANNING, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLDSPACE, INC., NOAH A. SAMARA, SRIDHAR GANESAN, UBS SECURITIES, LLC, and COWEN & CO. LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:07-3109 (RMB)<br><br><br>**ORDER**<br>**FOR ADMISSION *PRO HAC VICE***<br>**ON WRITTEN MOTION** |

  Upon the motion of Evan J. Smith, Esquire, attorney for Plaintiff, Brian Manning, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | D. Seamus Kaskela |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Telephone/Fax: | (610) 667-7706/(610) 667-7056 |

is admitted to practice pro hac vice as counsel for Plaintiff, Brian Manning, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

                       _____
                       HONORABLE RICHARD M. BERMAN
                       UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Evan J. Smith, hereby certify that I caused a true and correct copy of the foregoing documents to be served on all counsel on the attached service list via postage prepaid first class mail this 1st day of June, 2007.

**Counsel for Plaintiffs**

| | | |
|---|---|---|
| Richard A. Speirs<br>**ZWERLING, SCHACHTER & ZWERLING, LLP**<br>41 Madison Avenue<br>New York, NY 10010<br>Phone: (212) 223-3900<br>Facsimile: (212) 371-5969 | Lionel Z. Glancy<br>Michael Goldberg<br>**GLANCY BINKOW & GOLDBERG LLP**<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Phone: (310) 201-9150<br>Facsimile: (310) 201-9160 | Phillip Kim<br>Laurence M. Rosen<br>**THE ROSEN LAW FIRM, PA.**<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>Phone: (212) 686-1060<br>Facsimile: (212) 202-3827 |
| Roy Jacobs<br>**ROY JACOBS & ASSOCIATES**<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165<br>Phone: (212) 867-1156<br>Facsimile: (212) 504-8343 | Mario Alba, Jr<br>**Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP**<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>Phone: (631) 367-7100<br>Facsimile: (631) 367-1173 | |

_____
Evan J. Smith