```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN MANNING, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

WORLDSPACE, INC., NOAH A. SAMARA, SRIDHAR GANESAN, UBS SECURITIES, LLC, and COWEN & CO. LLC,

    Defendants.

CIVIL ACTION NO. 1:07-3109
(RMB)

**ORDER
FOR ADMISSION *PRO HAC VICE*
ON WRITTEN MOTION**

---

    Upon the motion of Evan J. Smith, Esquire, attorney for Plaintiff, Brian Manning, and said sponsor attorney's affidavit in support:

    **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | D. Seamus Kaskela |
| Firm Name: | Schiffrin Barroway Topaz & Kessler, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Telephone/Fax: | (610) 667-7706/(610) 667-7056 |

is admitted to practice pro hac vice as counsel for Plaintiff, Brian Manning, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 6/7/07
New York, NY

*Richard M. Berman*
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT COURT