UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re WORLDSPACE SECURITIES LITIGATION | Case Nos.: 1-07-cv-02252 (RMB)<br>1-07-cv-02355 (RMB)<br>1-07-cv-02399 (RMB)<br>1-07-cv-02768 (RMB)<br>1-07-cv-03109 (RMB)<br><br>ECF Document |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
MIDTOWN PARTNERS, INC.'S SELECTION OF LEAD COUNSEL**

Further to the Order of the Court dated June 21, 2007, the Court hereby approves Lead Plaintiff Midtown Partners, Inc.'s selection of lead counsel and the Court hereby appoints the law firm of Abraham Fruchter & Twersky LLP as Lead Counsel for the above-captioned consolidated action.

Dated: June 26, 2007
New York, New York

_____
Hon. Richard M. Berman
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07