```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X
:
:   Cases Nos.:   1:07-cv-02252 (RMB)
:                 1:07-cv-02355 (RMB)
:                 1:07-cv-02399 (RMB)
:                 1:07-cv-02768 (RMB)
In re WORLDSPACE           :                 1:07-cv-03109 (RMB)
SECURITIES LITIGATION      :
:   STIPULATION AND ORDER
:
:
:
:
:
———————————————————X

### STIPULATION AND ORDER

WHEREAS Plaintiffs submitted an amended complaint (the "Amended Complaint") on August 9, 2007 (Docket #30);

WHEREAS Defendants WorldSpace, Inc., Noah A. Samara and Sridhar Ganesan, and Defendants UBS Securities LLC and Cowen & Cowen LLC (collectively, "Defendants") must submit their motion to dismiss the Amended Complaint by October 9, 2007, pursuant to stipulations ordered by the Court on May 21, 2007 and May 24, 2007, respectively (Docket #15 and #16);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their undersigned counsel that Plaintiffs shall have until November 8, 2007 to submit an opposition to Defendants' motion, and Defendants shall have until November 30, 2007 to submit a reply.

*Oral argument requested. Page limits apply. Joint Defense motion.*

Dated: August 21, 2007
   New York, New York

Respectfully submitted,

ABRAHAM, FRUCHTER & TWERSKY, LLP

By _____
Jeffrey S. Abraham (JA-2946)
Jack G. Fruchter (JF-8435)
Lawrence D. Levit (LL-9507)
One Penn Plaza, Suite 2805
New York, New York 10119
(212) 279-5050 (phone)
(212) 279-3655 (fax)

*Lead Counsel for Plaintiffs*

MORRISON & FOERSTER LLP

By _____
Jamie A. Levitt (JL-5830)
Jack C. Auspitz (JA-4926)
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000 (phone)
(212) 468-7900 (fax)

*Attorneys for Defendants WorldSpace, Inc., Noah A. Samara and Sridhar Ganesan*

SULLIVAN & CROMWELL LLP

By _____
Robert J. Giuffra, Jr. (RG-9969)
Maite Aquino (MA-0030)
125 Broad Street
New York, New York 10004
(212) 558-4000 (phone)
(212) 558-3588 (fax)

*Attorneys for Defendants UBS Securities LLC and Cowen and Company, LLC*

SO ORDERED
New York, New York
Date: 8/21/07

*RMB*

_____
United States District Judge
Richard M. Berman