UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re WORLDSPACE
SECURITIES LITIGATION

Case Nos.: 1:07 Civ. 02252 (RMB)
           1:07 Civ. 02355 (RMB)
           1:07 Civ. 02399 (RMB)
           1:07 Civ. 02768 (RMB)
           1:07 Civ. 03109 (RMB)

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendants UBS Securities LLC and Cowen and Company, LLC.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       October 9, 2007

                                  SULLIVAN & CROMWELL LLP

                                  By:  /s/ Maite Aquino
                                       Maite Aquino (MA-0030)

                                       125 Broad Street
                                       New York, New York  10004
                                       Tel: (212) 558-4000
                                       Fax: (212) 558-3558

                                  Attorney for Defendants UBS Securities
                                  LLC and Cowen and Company, LLC