UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re WORLDSPACE
SECURITIES LITIGATION

Case Nos.: 1:07 Civ. 02252 (RMB)
　　　　　　1:07 Civ. 02355 (RMB)
　　　　　　1:07 Civ. 02399 (RMB)
　　　　　　1:07 Civ. 02768 (RMB)
　　　　　　1:07 Civ. 03109 (RMB)

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT UBS SECURITIES LLC**

---

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant UBS Securities LLC certifies that UBS Securities LLC's parent corporations are UBS AG, a public corporation, and UBS Americas, Inc., which is wholly owned by UBS AG. No publicly held corporation other than UBS AG owns, directly or indirectly, 10% or more of UBS Securities LLC's stock.

UBS AG has no parent corporation. No publicly held corporation owns 10% or more of UBS AG's stock.

Dated: New York, New York
      October 9, 2007

                            Respectfully submitted,

                            By: /s/ Maite Aquino
                                  SULLIVAN & CROMWELL LLP
                                  Robert J. Giuffra, Jr. (RG-9969)
                                  Maite Aquino (MA-0030)
                                  Jennifer L. Parkinson (JLP-5722)

                                  125 Broad Street
                                  New York, New York 10004
                                  Tel: (212) 558-4000
                                  Fax: (212) 558-3558

                            Attorneys for Defendant UBS Securities LLC