UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re WORLDSPACE
SECURITIES LITIGATION

Case Nos.: 1:07 Civ. 02252 (RMB)
1:07 Civ. 02355 (RMB)
1:07 Civ. 02399 (RMB)
1:07 Civ. 02768 (RMB)
1:07 Civ. 03109 (RMB)

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT COWEN AND COMPANY, LLC**

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Cowen and Company, LLC certifies that Cowen and Company, LLC is a wholly-owned subsidiary of Cowen Group, Inc., a public corporation whose stock is traded on NASDAQ at "COWN." No corporation other than Cowen Group, Inc. owns, directly or indirectly, 10% or more of Cowen and Company, LLC's stock.

Cowen Group, Inc. has no parent corporation. No publicly held corporation owns 10% or more of Cowen Group, Inc.'s stock.

Dated: New York, New York
       October 9, 2007

                                            Respectfully submitted,

                                            By:  /s/ Maite Aquino
                                                  SULLIVAN & CROMWELL LLP
                                                  Robert J. Giuffra, Jr. (RG-9969)
                                                  Maite Aquino (MA-0030)
                                                  Jennifer L. Parkinson (JLP-5722)

                                                  125 Broad Street
                                                  New York, New York 10004
                                                  Tel: (212) 558-4000
                                                  Fax: (212) 558-3558

                                            Attorneys for Defendant Cowen and
                                            Company, LLC