UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re WORLDSPACE
SECURITIES LITIGATION

Case Nos.: 1:07 Civ. 02252 (RMB)
1:07 Civ. 02355 (RMB)
1:07 Civ. 02399 (RMB)
1:07 Civ. 02768 (RMB)
1:07 Civ. 03109 (RMB)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendants UBS Securities LLC and Cowen and Company, LLC.

I certify that I am admitted to practice in this court.

Dated: New York, New York
October 9, 2007

SULLIVAN & CROMWELL LLP

By:  /s/ Jennifer L. Parkinson
       Jennifer L. Parkinson (JLP-5722)

125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 558-3558

Attorney for Defendants UBS Securities LLC and Cowen and Company, LLC